

# Fourth Court of Appeals
## San Antonio, Texas

September 17, 2021

No. 04-21-00375-CR

**IN RE** James **LEGATE**

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 1998-CR-6480
Honorable Jennifer Pena, Judge Presiding

# O R D E R

Sitting:      Rebeca C. Martinez, Chief Justice
Irene Rios, Justice
Liza A. Rodriguez, Justice

On September 7, 2021, relator filed a petition for writ of mandamus, complaining that the trial court has failed to rule on his Petition for the Disclosure of the Grand Jury Testimony of Jesse Hernandez Pursuant to Article 20.02(d) of the Texas Code of Criminal Procedure. This court is of the opinion that a serious question concerning the relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real party in interest may file a response to the petition in this court no later than **October 7, 2021**. Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** September 17, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT